IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| CHARLES ANTHONY MALIZIA | : | Case No. 16-11199 (BLS) |
| | : | BAP No. 16-37 |
| Debtor. | : | |
| | : | |
| CHARLES ANTHONY MALIZIA, | : | C.A. No. 16-618 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL B. JOSEPH, ET AL, | : | |
| | : | |
| Appellee. | : | |

## ORDER

At Wilmington this 9th day of December, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 4);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **January 9, 2017.**

_____
UNITED STATES DISTRICT JUDGE